IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS DAVIS, | ) | |
| | ) | Civil Action No.  04 - 953 |
| Petitioner, | ) | |
| | ) | Judge Joy Flowers Conti |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| JAMES L. GRACE; THE DISTRICT ATTORNEY OF THE COUNTY OF ALLEGHENY; and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | ) ) ) ) ) ) ) | |
| Respondents. | ) | |

## ORDER

The above captioned case was received on June 25, 2004, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation filed on October 24, 2005, recommended that the Petition for Writ of Habeas Corpus be denied and that a certificate of appealability be denied.  The Petitioner was served at S.C.I. Huntingdon, 1100 Pike Street, Huntingdon, PA 16654-1112 and on counsel of record for the Respondents.  The parties were informed that in accordance with Magistrates Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrates, that they had ten (10) days to file any objections.

Petitioner filed objections to the report and recommendation on November 7, 2005 and attached several documents to the objections.  The court finds that the import of those documents was considered in the Report and Recommendation, *i.e.,* in sections H and J(a).  Respondents did not file a response to the objections.  After review of the pleadings and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

**AND NOW**, this 23rd day of December, 2005;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of Magistrate Judge Lenihan, dated November 9, 2005, is adopted as the opinion of the court.

Dated:  December 23, 2005                              By the Court:


/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

CURTIS DAVIS
DT-7757
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

Margaret K. Barker
Office of the District Attorney
401 Allegheny County Courthouse
Pittsburgh, PA 15219

Paul R. Scholle
Office of the District Attorney
Appeals/Post Conviction
401 Allegheny County Courthouse
Pittsburgh, PA 15219